FILED

2020 FEB 12 AM 8:05

CLERK
WESTERN DISTRICT OF TEXAS
BY____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BRANDI K STOKES, § <br> Defendant. § | | CASE # 1:20-CV-00153-RP |

## MOTION TO VACATE ORDER

**NOW COMES** Defendant, Brandi K Stokes, and files this MOTION TO VACATE ORDER, and shows the Court the following:

On February 10, 2020, District Judge Robert Pitman entered an order placing a burden upon the Defendant to retrieve and file records from the state court and to do so electronically. Dkt. 7.

As a preliminary matter, District Judge Robert Pitman is disqualified from participating in any proceeding involving the Defendant as a matter of law, and the Defendant has on file an affidavit sufficient to trigger an automatic disqualification pursuant to 28 U.S. Code § 144. *See* Dkt. 3. The disqualification alone warrants the setting aside of this order.

The predominant reason, however, that the Defendant is requesting that the order be vacated is because the Defendant is entitled to court-appointed counsel and has requested that the United States, by and through this Court, provide the International Committee of the Red Cross with a list of qualified or competent attorneys, as required by the Geneva Conventions. The Defendant is unable to comply with any order that places a burden upon her until such time as competent counsel is appointed and has had an opportunity to investigate. Though the order seems simple enough, in this case, it is not. The Defendant has been the subject of death threats

and suffers from a decline in her health. She has further been targeted by malicious hackers to such an extent that she no longer feels comfortable requesting electronic filing credentials in the federal court.

The Defendant prays that this motion be granted in its entirety. Defendant further requests an evidentiary hearing **after the appointment of competent counsel.**

DATED: February 12, 2020

_____
Brandi K Stokes, Defendant
Texas State Bar No. 24044940
brandi.stokes@gmail.com | +1 512 206 0202

## CERTIFICATE OF SERVICE

I certify that on February 12, 2020, a true and correct copy of the above was served on counsel for the Plaintiff through CMRRR at the address listed for Plaintiff.

_____
Brandi K Stokes

2