UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE # 1:20-CV-00153-RP |
| | § | |
| BRANDI K STOKES, | § | |
| Defendant. | § | |

## MOTION FOR DE NOVO REVIEW

**NOW COMES** Defendant, Brandi K Stokes, and files this Motion for De Novo Review, and shows the Court the following:

On February 11, 2020, Magistrate Judge Mark Lane entered a "text order" denying the Defendant's Application to Proceed in District Court Without Prepaying Fees or Costs. The Defendant's application was incorrectly docketed as a Motion for Leave to Proceed in forma pauperis. While the Defendant has become indigent and has been declared indigent in state court, the Defendant's grounds for requesting to proceed without prepaying fees or costs is not based upon indigency. Further, Magistrate Judge Mark Lane is disqualified as matter of law from participating in proceedings involving the Defendant and a Motion to Disqualify or Recuse was pending against him at the time that he entered the "text order". The Defendant, therefore, requests a de novo review of the Magistrate's order.

The Defendant prays that this motion be granted in its entirety. Defendant further requests an evidentiary hearing **after the appointment of competent counsel**.

DATED: February 12, 2020

_____
Brandi K Stokes, Defendant
Texas State Bar No. 24044940

1

brandi.stokes@gmail.com | +1 512 206 0202

## CERTIFICATE OF SERVICE

I certify that on February 12, 2020, a true and correct copy of the above was served on counsel for the Plaintiff through CMRRR at the address listed for Plaintiff.

_____
Brandi K Stokes