UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BRANDI K STOKES, § <br> Defendant. § | CASE # A:20-CV-0153-RP |

## OFFER OF PROOF

Now comes the Defendant, Brandi K Stokes, and provides the attached Offer of Proof concerning her need to give classified testimony. Now that the Department of Justice is openly admitting that the Chinese military is involved with malicious hacking activities designed to ascertain sensitive information on Americans, the Defendant believes that it is appropriate to produce this information at this time. Defendant additionally can provide testimony suggesting or indicating that the network of Chinese and enmeshed Americans that participate in the "Great Mission of Tao" operate in secret and are, at a minimum, in communication with members of the Chinese military. The Defendant can further testify that she has reason to believe this network has hubs in Texas, Alabama, Massachusetts, New York, California, Mexico, and South America, at a minimum. The Defendant has in her possession the names of some of the Texas, Massachusetts, and New York participants. Because this network is coordinating with the Chinese military, the United States is in some regions, under occupation for the purpose of Geneva Conventions application. Defendant has reason to believe that one of the "Tao Masters" operating in South America is also a General in the Chinese military. While this evidence still needs to be reviewed for classification, it is not yet classified as to the Defendant and publicly available information now corroborates the Defendant's concern.

The Defendant's observations of the activities of this network lead her to believe that organizers of the network are using religious prophecies to procure cooperation but that missionary work is not the primary objective. Defendant has practiced Tao in an independent manner since the early 1990s, and the Defendant does not believe that the Tao practice promulgated by this network is genuine.

It is relevant to note that this network approached the Defendant within six months of her initial report to the FBI in 2012, which had been mishandled. Defendant started pulling away from the network as soon as she noticed a problem, and Defendant filed a request to give a classified complaint as soon as she realized that there had been an attempt to recruit her into this group for military or reconnaissance purposes.

Defendant still has a need to give classified testimony in order to explain the relevancy of this information to the Defendant.

DATED: February 14, 2020.

Brandi K Stokes, Defendant
Texas State Bar No. 24044940
brandi.stokes@gmail.com | +1 512 206 0202
P.O. Box 301916 | AUSTIN, TX 78703

## CERTIFICATE OF SERVICE

I certify that on February 14, 2020, a true and correct copy of this Application to Proceed in District Court Without Prepaying Fees or Costs was served on counsel for the Plaintiff through CMRRR.

_ Brandi K Stokes

# FORWARD

*"For as the lightning cometh out of the east, and shineth even unto the west, so shall the coming of the Son of Man be." - Matthew 24:27*

Under the decree of God, Tao is being propagated at lightning speed from the East to the West for the purpose of the final spiritual salvation. There is a great need for the knowledge of Tao in order to let people all over the world realize that this "One Great Event of the Holy Endeavor" is finally here and that the Great Mission of Tao has been bestowed upon us who have received Tao from almighty God.

With this in mind, this book, the first volume of a series, is being published. The content of this book is based in part upon a Tao lecture series in English which was held at the Temple Ji Li in San Gabriel, California. Readers may find that some areas of the book are too abbreviated or too general in nature. It is due to the profoundness of the subjects covered. To describe each subject in detail would have required great volumes of words and was not the intention for this series of publications. This series of booklets is more intended as a general introduction to Tao and a guide to some general topics.

We would like to apologize to any reader who may find that some parts of this book are difficult to understand due to their abbreviation. We welcome sincerely with great appreciation any comments or suggestions from readers regarding any mistakes or omissions that were made.

We are very grateful to many predecessors who worked very hard on this book in giving suggestions, proof reading, editing and graphic design.

Editors
Respectfully written in San Gabriel, California
January, 1997